# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 7, 2015

### NO. 03-13-00643-CV

**Karen Neyland, Susan Sinclair, Phyllis Watts, and Connie Causin, Appellants**

**v.**

**Nancy Thompson, Appellee**

---

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**AFFIRMED IN PART; REVERSED AND DISMISSED IN PART --**
**OPINION BY JUSTICE GOODWIN;**
**CONCURRING OPINION BY JUSTICE FIELD**

---

This is an appeal from the interlocutory orders signed by the trial court on September 13, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory orders. Therefore, the Court reverses and dismisses the portions of the trial court's interlocutory orders regarding Thompson's claims as to the email statements to Sunchase residents, the statement in the flyers concerning the suit and default judgment against Thompson, and the statements to the television reporter and renders judgment dismissing those claims. Having otherwise reviewed the record and the parties' arguments, the Court holds that there was no further reversible error in the trial court's interlocutory orders. Therefore, the

Court affirms the trial court's interlocutory orders in all other respects.  Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.